UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br>　　　　Plaintiff,<br>V.<br>ERIN BECKLEY;<br>LESLIE BECKLEY;<br>MATHESON TRI-GAS, INC., a Delaware Corporation; and Does 1-10,<br>　　　　Defendants. | Case: 2:14-CV-02648-JAM-EFB<br><br>**ORDER** |

### **ORDER**

Pursuant to the parties stipulation, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 8/14/2015      /s/ John A. Mendez_____
　　　　　　　　　　　HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE